SCHNYDER ET AL., PROSECUTORS, v. McGOVERN, COUNTY CLERK.

HERMANN, PROSECUTOR, v. STOEBLING, CLERK OF THE HUDSON COUNTY BOARD OF ELECTIONS.

Decided February 26, 1924.

**Special Election—Writs Allowed Without Stay—Order to Stay Here Applied For—Denied on Ground that More Harm than Good Would be Accomplished.**

On *certiorari*. On motion for stay pending argument and decision.

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the prosecutors, *Warren Dixon.*

For the respondents, *John J. Fallon.*

PER CURIAM.

The two writs bring up an order for the holding of a special election for determining whether certain municipalities of Hudson county shall be consolidated, and procedure taken by the county board of elections in preparation for such election. The justice that allowed the writs did so without stay, and at the argument we were asked to overrule this course and order a stay, in order to avoid alleged useless expense, and for other reasons.

We think that in the status of the matter as it came to us a stay would do more harm than good, and would in practical effect amount to setting aside the whole election for the time being; so that we feel constrained to deny it, subject to any action that may appear proper after the briefs are in and the case fully examined.